IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL TREGLIA,**<br><br>                    Plaintiff,<br><br>   v.<br><br>**MATTHEW CATE, et al.,**<br><br>                  Defendants. | Case No. C 10-0757 LHK (PR)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' NOTICE OF MOTION AND MOTION THAT THE COURT SCREEN PLAINTIFF'S SEVENTH AMENDED COMPLAINT UNDER 28 U.S.C. § 1915A, CHANGE TIME TO FILE DISPOSITIVE MOTION, AND TEMPORARILY STAY DISCOVERY** |

     Defendants have moved this Court for an extension of time to file a summary-judgment or other dispositive motion, and temporarily stay discovery, until after the Court rules on Plaintiff's pending motion to file a seventh amended complaint, and if that motion is granted, the Court has screened that complaint for cognizable claims and entered an order of service as required by 28 U.S.C. § 1915A. After full consideration, and good cause appearing, Defendants' motion is GRANTED.

     Defendants' time to file a dispositive motion is extended to sixty days after the latter of: (1) this Court's denial of Plaintiff's pending motion for leave to file a seventh amended complaint; or (2) if Plaintiff's motion for leave is granted, after the Court has screened the seventh amendment

1

[Proposed] Order Grant. Mot. Change Time Disp. Mot., Screen Am. Compl., & Stay Disc.(C 10-0757 LHK (PR))

1  complaint and, if warranted, has entered an order of service recognizing cognizable claims in that
2  complaint.
3      Plaintiff shall file his opposition within thirty days of Defendants' filing of their dispositive
4  motion.  If Defendants wish to file a reply, they shall do so within fifteen days of the filing of the
5  opposition.  Absent further order, the motion will be submitted on the date the reply is filed,
6  without a hearing.
7      In addition, all pending and future discovery is stayed.  This stay will end thirty days before
8  the new deadline for Defendants to file a dispositive motion.

Dated:  __2/25/11_____                           _____*Lucy H. Koh*_____
                                                   The Honorable Lucy H. Koh