1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11
    **DANIEL TREGLIA,**                        Case No. C 10-0757 LHK (PR)
12
                                  Plaintiff,   **[PROPOSED] ORDER CHANGING**
13                                             **TIME FOR DEFENDANTS TO**
                 **v.**                        **RESPOND TO PLAINTIFF'S**
14                                             **DISCOVERY REQUESTS**

15  **MATTHEW CATE, et al.,**

16                                Defendants.

17

18          Defendants Cate, Kernan, Jacquez, McLean, Chisman, and  O'Donnell have moved this

19  Court for an extension of time from April 28 through May 13, 2011, to serve any appropriate

20  responses, objections, or documents, in response to Plaintiff Daniel Treglia's pending  sets of

21  interrogatories, requests for admissions, and document demands to Defendants.  After full

22  consideration, and good cause appearing, Defendants' motion for extension of time is

23  GRANTED.  Defendants shall have through May 13, 2011, to respond to Plaintiff's pending

24  discovery requests.

25          IT IS SO ORDERED.

26

27  Dated:  __4/28/11_____                     _Lucy H. Koh_____
                                                        The Honorable Lucy H. Koh
28

                                                 1