IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TREGLIA, | No. C 10-0757 LHK (PR) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR ORDER OF STATE TO SUPPLY PLAINTIFF WITH CASE LAW |
| v. | |
| MATTHEW CATE, et al., | |
| Defendants. | (Docket No. 65) |

Plaintiff, a state prisoner proceeding *pro se*, is challenging the conditions of his confinement at Pelican Bay State Prison ("PBSP"), pursuant to 42 U.S.C. § 1983.  Currently, Defendants' dispositive motion, or notice that no such motion is warranted, is due on May 31, 2011.  On May 11, 2011, Plaintiff filed a motion requesting that Defendants provide him a copy of any cases to which they cite only Lexis or Westlaw citations, and a copy of any cases that are published in the Federal Rules Decisions because those cases are not available to him at the law library.  Defendants have responded that they will comply with Plaintiff's request.  Accordingly, Plaintiff's motion is GRANTED.

IT IS SO ORDERED.

DATED:   5/23/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting Plaintiff's Motion for Order of State to Supply Plaintiff with Case Law
P:\PRO-SE\SJ.LHK\CR.10\Treglia757misc.wpd