1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL TREGLIA, | ) | No. C 10-0757 LHK (PR) |
| | ) | |
| Plaintiff, | ) | ORDER DENYING MOTION |
| | ) | FOR APPOINTMENT OF |
| v. | ) | MEDICAL EXPERT |
| | ) | |
| MATTHEW CATE, et al., | ) | (Docket No. 65) |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, a state prisoner proceeding *pro se*, is challenging the conditions of his confinement at Pelican Bay State Prison, pursuant to 42 U.S.C. § 1983.  Plaintiff moves, pursuant to Rule 706 of the Federal Rules of Evidence, for appointment of a medical expert to respond to Defendants' potential dispositive motions.

Pursuant to Rule 702 of the Federal Rules of Evidence, "[i]f scientific, technical, or other specialized knowledge will assist the trier of fact to understand the evidence or to determine a fact in issue, a witness qualified as an expert by knowledge, skill, experience, training, or education, may testify thereto in the form of an opinion or otherwise."  Fed. R. Evid. 702.  Under Rule 706, the Court may on its own motion or on the motion of a party appoint an expert witness.  Fed. R. Evid. 706(a).

At this point in the proceedings, the Court finds it is premature to decide whether appointment of a medical expert is warranted.  Specifically, until the Court has had the

1  opportunity to review the arguments and evidence submitted by the parties on summary

2  judgment, no determination can be made that the issues are so complex as to require the

3  testimony of an expert to assist the trier of fact.  Accordingly, Plaintiff's motion for appointment

4  of a medical expert will be DENIED as premature.  This denial is without prejudice to renewal,

5  once Defendants' motion for summary judgment, assuming such a motion is warranted, has been

6  fully briefed.

7      Plaintiff has also requested a copy of the local rules in his motion.  That request is

8  denied.  The Court does not provide legal materials to parties.  The Northern District local rules

9  should be available in his prison's law library.  Plaintiff should contact his prison's law library to

10  review the local rules.

11      IT IS SO ORDERED.

12  DATED: __6/2/11_____

        LUCY H. KOH
13      United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Denying Motion for Appointment of Medical Expert
P:\PRO-SE\SJ.LHK\CR.10\Treglia757medex.wpd     2