IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL TREGLIA,**<br><br>Plaintiff,<br><br>v.<br><br>**MATTHEW CATE, et al.,**<br><br>Defendants. | Case No. C 10-0757 LHK (PR)<br><br>[~~PROPOSED~~] **ORDER CHANGING TIME TO FILE DISPOSITIVE MOTION** |

    Defendants have moved this Court for an extension of time to file a summary-judgment or other dispositive motion, up to and including July 29, 2011. After full consideration, and good cause appearing, Defendants' motion for extension of time is GRANTED.

    Plaintiff shall file his opposition within thirty days of Defendants' filing of their dispositive motion. If Defendants wish to file a reply, they shall do so within fifteen days of the filing of the opposition. Absent further order, the motion will be submitted on the date the reply is filed, without a hearing.

    IT IS SO ORDERED.

Dated: __6/7/11

_____
The Honorable Lucy H. Koh

1