IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TREGLIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　Defendants. | No. C 10-0757 LHK (PR)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND TO DISMISS<br><br>(Docket Nos. 95, 96) |

Plaintiff, a state prisoner proceeding *pro se*, filed a seventh amended complaint under 42 U.S.C. § 1983. Before the Court is Plaintiff's motion for extension of time to file his opposition to Defendants' motion for summary judgment and to dismiss.

Because it appears no party would be prejudiced by an extension, Plaintiff's motion is GRANTED. Plaintiff shall file his opposition on or before **twenty (20) days** from the date this order is filed. Defendants shall file their reply no later than **fifteen (15) days** thereafter.

This order terminates docket nos. 95 and 96.

IT IS SO ORDERED.

DATED:   8/30/11

　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　United States District Judge

Order Granting Plaintiff's Motion for Extension of Time to File Opposition to Defendants' Motion for Summary Judgment and to Dismiss
P:\PRO-SE\SJ.LHK\CR.10\Treglia757eot-oppo.wpd