IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL TREGLIA, | ) | No. C 10-0757 LHK (PR) |
| Plaintiff, | ) ) | ORDER GRANTING PLAINTIFF'S MOTION FOR |
| v. | ) ) | FOURTH EXTENSION OF TIME TO FILE OPPOSITION |
| MATTHEW CATE, et al., | ) ) | TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| Defendants. | ) ) | (Docket Nos. 97, 100) |

Plaintiff, a state prisoner proceeding *pro se*, filed his seventh amended complaint under 42 U.S.C. § 1983. Before the Court is Plaintiff's motion for a fourth extension of time to file his opposition to Defendants' motion for summary judgment. Plaintiff states that he recently was re-issued his legal property, however, he still has not received a copy of Defendants' motion for summary judgment.

Because it appears no party would be prejudiced by an extension, Plaintiff's motion is GRANTED. Plaintiff shall file his opposition no later than **thirty (30) days from** the filing date of this order. Defendants shall file a reply no later than **fifteen (15) days** thereafter. As a courtesy, Defendants are directed to send Plaintiff another copy of their Motion for Summary Judgment, and declarations with attached exhibits. **No further extension will be granted absent exigent circumstances**.

Order Granting Plaintiff's Motion for Fourth Extension of Time to File Opposition to Defendants' Motion for Summary Judgment
P:\PRO-SE\SJ.LHK\CR.10\Treglia7572d-eot-oppo.wpd

1     This order terminates docket nos. 97, 100.

2     IT IS SO ORDERED.

3 DATED:  9/19/11

                                LUCY H. KOH
4                                 United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28