IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TREGLIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　Defendants. | No. C 10-0757 LHK (PR)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR FOURTH EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Docket Nos. 97, 100) |

Plaintiff, a state prisoner proceeding *pro se*, filed his seventh amended complaint under 42 U.S.C. § 1983. Before the Court is Plaintiff's motion for a fourth extension of time to file his opposition to Defendants' motion for summary judgment. Plaintiff states that he recently was re-issued his legal property, however, he still has not received a copy of Defendants' motion for summary judgment.

Because it appears no party would be prejudiced by an extension, Plaintiff's motion is GRANTED. Plaintiff shall file his opposition no later than **thirty (30) days from** the filing date of this order. Defendants shall file a reply no later than **fifteen (15) days** thereafter. As a courtesy, Defendants are directed to send Plaintiff another copy of their Motion for Summary Judgment, and declarations with attached exhibits. **No further extension will be granted absent exigent circumstances**.

1     This order terminates docket nos. 97, 100.

2     IT IS SO ORDERED.

3 DATED:  9/19/11

                           LUCY H. KOH
4                            United States District Judge

5

6

7

...

28

Order Granting Plaintiff's Motion for Fourth Extension of Time to File Opposition to Defendants' Motion for Summary Judgment
P:\PRO-SE\SJ.LHK\CR.10\Treglia7572d-eot-oppo.wpd   2