IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TREGLIA,<br><br>    Plaintiff,<br><br>  v.<br><br>MATTHEW CATE, et al.,<br><br>    Defendants. | No. C 10-0757 LHK (PR)<br><br>ORDER GRANTING MOTION TO CORRECT OPPOSITION<br><br>(Docket Nos. 103, 104) |

    Plaintiff, a state prisoner proceeding *pro se*, filed his seventh amended complaint under 42 U.S.C. § 1983. On September 1, 2011, Plaintiff filed a motion for extension of time to file his opposition to the Defendants' motion to dismiss, and stated that he had not received a copy of Defendants' motion. On September 14, 2011, Plaintiff filed a motion for extension of time to file his opposition, and requested a copy of Defendants' motion to dismiss. On September 19, 2011, the Court granted both requests. On September 22, 2011, Plaintiff filed his opposition. Plaintiff moves to correct several errors in his opposition. Plaintiff's motion is GRANTED.

    This order terminates docket nos. 103 and 104.

    IT IS SO ORDERED.

DATED: 10/6/11

                                            LUCY H. KOH<br>                                            United States District Judge