IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TREGLIA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. C 10-0757 LHK (PR)<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |

　　　　Defendants Chisman, Kernan, Cate, Jacquez, Daharsh, Clancy, O'Donnell, Darby, McLean, Kelley, Howell, and Cabrera have moved for a fifteen-day extension, up to and including October 26, 2011, in which to file a reply in support of Defendants' Motion for Summary Judgment. The Court has read and considered Defendants' motion to change time and the accompanying declaration of counsel and, good cause appearing,

//

//

//

1

[~~Proposed~~] Order Granting Defs.' Mot. Change Time File Reply  (C 10-0757 LHK (PR))

1  IT IS ORDERED that Defendants' requested extension of time is GRANTED. The time in
2  which Defendants may file a reply in support of the summary judgment motion is extended up to
3  and including October 26, 2011.

5  Dated: 10/14/11

*Lucy H. Koh*
HONORABLE LUCY H. KOH
United States District Court

2

[Proposed] Order Granting Defs.' Mot. Change Time File Reply (C 10-0757 LHK (PR))