1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL TREGLIA, | ) | No. C 10-0757 LHK (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| MATTHEW CATE, et al., | ) | |
| Defendants. | ) | |

The Court has granted Defendants' motion for summary judgment.  Judgment is entered in favor of Defendants and against Plaintiff.  The Clerk shall close the file.

IT IS SO ORDERED.

DATED:  3/22/12

LUCY H. KOH
United States District Judge