IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL TREGLIA, | ) | No. C 10-0757 LHK (PR) |
| | ) | |
| Plaintiff, | ) | ORDER DENYING PLAINTIFF'S |
| | ) | MOTION FOR RECONSIDERATION |
| vs. | ) | |
| | ) | |
| MATTHEW CATE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | (Docket No. 116) |

Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against various Pelican Bay State Prison ("PBSP") officials. The Court granted Defendants' motion for summary judgment, and dismissed all claims against them. On April 6, 2012, Plaintiff filed a motion for reconsideration under Federal Rule of Civil Procedure 60(b). (Docket no. 116.)

Motions for reconsideration should not be frequently made or freely granted; they are not a substitute for appeal or a means of attacking some perceived error of the court. *See Twentieth Century - Fox Film Corp. v. Dunnahoo*, 637 F.2d 1338, 1341 (9th Cir. 1981). "'[T]he major grounds that justify reconsideration involve an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice.'" *Pyramid Lake Paiute Tribe of Indians v. Hodel*, 882 F.2d 364, 369 n.5 (9th Cir. 1989) (quoting *United States v. Desert Gold Mining Co.*, 433 F.2d 713, 715 (9th Cir. 1970)). Rule 60(b)

1  provides for reconsideration where one or more of the following is shown: (1) mistake,
2  inadvertence, surprise or excusable neglect; (2) newly discovered evidence which by due
3  diligence could not have been discovered before the court's decision; (3) fraud by the adverse
4  party; (4) the judgment is void; (5) the judgment has been satisfied; (6) any other reason
5  justifying relief.  Fed. R. Civ. P. 60(b); *School Dist. 1J v. ACandS Inc.*, 5 F.3d 1255, 1263 (9th
6  Cir. 1993).

7       Plaintiff has not demonstrated that the Court's order granting Defendants' motion for
8  summary judgment warrants reconsideration.  Accordingly, Plaintiff's motion for
9  reconsideration is DENIED.

10      IT IS SO ORDERED.

12 DATED: 5/1/12

*Lucy H. Koh*
LUCY H. KOH
United States District Judge